UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY BURDETTE, | CASE NO. C16-1151JLR |
| Plaintiff, | ORDER STRIKING MOTION TO COMPEL |
| v. | |
| TECH MAHINDRA (AMERICAS), INC., | |
| Defendant. | |

Before the court is Plaintiff Jay Burdette's motion to compel Defendant Tech Mahindra (Americas), Inc., to respond to certain interrogatories and requests for the production of documents. (Mot. (Dkt. # 38).) Mr. Burdette filed his motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's October 20, 2016, scheduling order. (*See* Sched. Order (Dkt. # 19) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must

ORDER - 1

request a conference with the court' by notifying [the courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES Mr. Burdette's motion to compel (Dkt. # 19) without prejudice to renewing the motion in a manner that comports with the court's scheduling order.[1]

Dated this 5th day of July, 2017.

JAMES L. ROBART
United States District Judge

---

[1] The court recognizes that Mr. Burdette filed his motion to compel on the last day permitted for such motions. (*See* Sched. Order at 1 ("All motions related to discovery must be filed by . . . June 30, 2017").) Accordingly, the court extends this deadline until Wednesday, July 12, 2017, to permit Mr. Burdette an opportunity to renew his motion in a manner that complies with the requirements set forth in the court's scheduling order. The court admonishes Mr. Burdette's counsel to carefully read and abide by the court's orders in the future.