1

2

3

4

5

6

7

8

9

10

11

12

13

14

The Honorable James L. Robart

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

JAY BURDETTE, an individual

Plaintiff,

v.

TECH MAHINDRA (AMERICAS), INC.,

Defendant.

**Civil Action No.:** 2:16-cv-01151-JLR

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**(Clerk's Action Required)**

15

16

17

18

19

20

21

22

23

24

25

26

### I.    RELIEF REQUESTED

**IT IS HEREBY STIPULATED** by and between all parties, through their counsel of record, that all claims and demands by Plaintiff as asserted in this action are hereby dismissed in their entirety with prejudice, each party to bear its own costs and fees.

DATED this 2nd day of October, 2017.

**SAVITT BRUCE & WILLEY LLP**

*/s/ Miles A. Yanick*

Miles A. Yanick, WSBA #26603
David N. Bruce, WSBA #15237
*Attorneys for Defendant*

DATED this 2nd day of October, 2017.

**MERCER ISLAND LAW GROUP**

George O. Tamblyn, WSBA #15429
Vera P. Fomina, WSBA #49388
Gregory M. Skidmore, WSBA #47462
*Attorneys for Plaintiff*

STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE–1

MERCER ISLAND LAW GROUP, PLLC
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040

1

The Honorable James L. Robart

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

9

JAY BURDETTE, an individual

10

Plaintiff,

**Civil Action No.: 2:16-cv-01151-JLR**

11

v.

12

TECH MAHINDRA (AMERICAS), INC.,

13

14

Defendant.

[PROPOSED] ORDER OF
**DISMISSAL WITH PREJUDICE**
**(Clerk's Action Required)**

15

### I.    ORDER OF DISMISSAL WITH PREJUDICE

16

17

It is hereby ordered that based upon the above Stipulation, Plaintiff's action against defendant is hereby dismissed with prejudice and without the assessment of costs or attorney fees.

18

19

DATED this $\overset{RA}{3}$ day of ___October___ 2017.

20

21

_____
THE HONORABLE JAMES L. ROBART

22

23

24

25

26

[PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE–1

MERCER ISLAND LAW GROUP, PLLC
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040

1    Jointly Presented by:

2

3    **SAVITT BRUCE & WILLEY LLP**

4    _/s/ Miles A. Yanick_

5
     Miles A. Yanick, WSBA #26603
6    David N. Bruce, WSBA #15237
     _Attorneys for Defendant_
7

8    **MERCER ISLAND LAW GROUP PLLC**

9

10

11   George O. Tamblyn, WSBA #15429
     Vera P. Fomina, #49388
12   Gregory M. Skidmore, WSBA #47462
     _Attorneys for Plaintiff_
13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE–2